UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN RUSHING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. ARMY, )<br>)<br>Defendant. ) | Civil Action No.   22-199 (UNA) |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a "Lawsuit," ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 3.  The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004).  The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer, mount an adequate defense, and determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).  It also assists the Court in determining whether it has jurisdiction over the subject matter.

1

Plaintiff is a resident of Grand Rapids, Michigan, who has sued the U.S. Army for "110 Billon dollars." In the one-page pleading, Plaintiff concludes that the Army discriminated against him when it denied him "the chance to enlist," but he has alleged no facts to support a claim and a basis for federal court jurisdiction. Consequently, this action will be dismissed without prejudice. A separate order accompanies this Memorandum Opinion.

                                                                           _____/s/_____
                                                     AMIT P. MEHTA
                                                     United States District Judge

Date:  March  8, 2022